# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# TXu 1-895-864

**Effective date of registration:**

December 18, 2013

## Title
**Title of Work:** Fortnite

## Completion/Publication
**Year of Completion:** 2013

## Author
■ **Author:** Epic Games, Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States　　　　**Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Epic Games, Inc.

620 Crossroads Boulevard, Cary, NC, 27518, United States

## Limitation of copyright claim
**Material excluded from this claim:** computer program

**Previous registration and year:** TXu001848153　2012

TXu001812407　2012

**New material included in claim:** computer program

## Certification
**Name:** Joseph Wilbur

**Date:** December 18, 2013

**Registration #:** TXU001895864

**Service Request #:** 1-1053484835



Hunton & Williams LLP
Douglas W. Kenyon
P.O. Box 109
Raleigh, NC 27602-109  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

# TX 8-186-254

**Effective Date of Registration:**
July 14, 2015

---

## Title

**Title of Work:** Fortnite

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 30, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Epic Games, Inc.
**Author Created:** computer program
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Boulevard, Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TXu001895864, 2013
TXu001848153, 2012

**New material included in claim:** computer program

## Certification

**Name:** Joseph Wilbur
**Date:** July 14, 2015

---

**Correspondence:** Yes

Page 1 of 1



*0000TX0008186254020*

Registration #:   TX0008186254
Service Request #:   1-2532331887

Hunton & Williams LLP
Douglas W. Kenyon
P.O. Box 109
Raleigh, NC 27602-109 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-507-210**
**Effective Date of Registration:**
March 21, 2018

## Title

**Title of Work:** Fortnite

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 26, 2017
**Nation of 1st Publication:** United States

## Author

**•        Author:** Epic Games, Inc.
**Author Created:** computer program
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Blvd., Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TX0008254659, 2016
TX0008352178, 2016

**New material included in claim:** revised computer program

## Rights and Permissions

**Organization Name:** Epic Games, Inc.
**Telephone:** (919)854-0070
**Address:** 620 Crossroads Blvd.,
Cary, NC 27518 United States

Page 1 of 2

## Certification

| | |
|---:|:---|
| **Name:** | Patchen M. Haggerty |
| **Date:** | March 21, 2018 |
| **Applicant's Tracking Number:** | 110039-0011.0004.US002 |

Perkins Coie LLP
Patchen M. Haggerty
1201 Third Avenue, Suite 4900
Seattle, WA 98101 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-066-544

**Effective Date of Registration:**
September 13, 2017

---

## Title

**Title of Work:** Fortnite Xbox One (boxed release)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Epic Games, Inc.
  **Author Created:** computer program and audiovisual material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 CROSSROADS BLVD, Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, audiovisual material
**Previous registration and year:** TX008-352-178, 2016
TX008-254-659, 2016

**New material included in claim:** revised computer program and audiovisual material

## Certification

**Name:** Joseph M. Wilbur
**Date:** September 07, 2017

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
## PA 2-087-919
**Effective Date of Registration:**
March 23, 2018

---

## Title

| | |
|---|---|
| Title of Work: | Fortnite - Battle Royale Mode |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | September 26, 2017 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Epic Games, Inc. |
| Author Created: | audiovisual material |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Epic Games, Inc. |
| | 620 Crossroads Blvd., Cary, NC, 27518, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | audiovisual material |
| Previous registration and year: | PA0002065431, 2017 |
| | PA0002066544, 2017 |
| New material included in claim: | revised and new audiovisual material |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Epic Games, Inc. |
| Telephone: | (919)854-0070 |
| Address: | 620 Crossroads Blvd. |
| | Cary, NC 27518 United States |

Case 4:25-cv-00109-M    Document 1-1    Filed 06/10/25    Page 12 of 29

## Certification

**Name:** Patchen M. Haggerty
**Date:** March 21, 2018
**Applicant's Tracking Number:** 110039-0011.0004.US001



**Registration #:** PA0002087919
**Service Request #:** 1-6401005097

Perkins Coie LLP
Patchen Haggerty
1201 Third Avenue, Suite 4900
Seattle, WA 98101 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Claygett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-508-464**
**Effective Date of Registration:**
September 08, 2017

---

## Title
_____

Title of Work: Fortnite (Rev. 3)

## Completion/Publication
_____

Year of Completion: 2017
Date of 1st Publication: July 25, 2017
Nation of 1st Publication: United States

## Author
_____

- Author: Epic Games, Inc.
  Author Created: computer program; audiovisual material
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Epic Games, Inc.
620 CROSSROADS BLVD, Inc., Cary, NC, 27518, United States

## Limitation of copyright claim
_____

Material excluded from this claim: computer program
Previous registration and year: TX008-352-178, 2016
TX008-254-659, 2016

New material included in claim: computer program; audiovisual material

## Certification
_____

Name: Joseph Wilbur
Date: September 08, 2017

---

Case 4:25-cv-00109-M    Document 1-1    Filed 06/10/25    Page 15 of 29

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## TX 9-388-536

**Effective Date of Registration:**
April 25, 2024
**Registration Decision Date:**
May 08, 2024

---

## Title

**Title of Work:** Fortnite Chapter 4: Season OG

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** November 03, 2023
**Nation of 1st Publication:** United States

## Author

● **Author:** Epic Games, Inc.
**Author Created:** computer program, Audiovisual
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Blvd., Cary, NC, 27518

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Audiovisual

**New material included in claim:** computer program, Audiovisual

## Certification

**Name:** Reema Pangarkar
**Date:** April 25, 2024
**Applicant's Tracking Number:** 32220-005

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Perlee Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-352-178**

**Effective Date of Registration:**
December 23, 2016

## Title

| | |
|---|---|
| **Title of Work:** | FORTNITE (2016 Rev. 2) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | November 30, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Epic Games, Inc. |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Epic Games, Inc.<br>620 Crossroads Boulevard, Cary, NC, 27518, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | computer program |
| **Previous registration and year:** | TX008-254-659, 2016<br>TX008-186-254, 2015 |
| **New material included in claim:** | computer program |

## Certification

| | |
|---|---|
| **Name:** | Joseph Wilbur |
| **Date:** | December 23, 2016 |

Case 4:25-cv-00109-M   Document 1-1   Filed 06/10/25   Page 17 of 29



Registration #:  TX0008352178
Service Request #:  1-4218625705

Hunton & Williams LLP
Douglas W. Kenyon
P.O. Box 109
Raleigh, NC 27609-109 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-254-659

**Effective Date of Registration:**
March 03, 2016

---

## Title

**Title of Work:** Fortnite

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 30, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Epic Games, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Boulevard, Raleigh, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TXu001895864, 2013
TXu001848153, 2012

**New material included in claim:** computer program

## Certification

**Name:** Joseph Wilbur
**Date:** March 03, 2016

---

**Correspondence:** Yes

Page 1 of 1



Registration #:   TX0008254659
Service Request #:   1-3176900287

Hunton & Williams LLP
Douglas W. Kenyon
P.O. Box 109
Raleigh, NC 27602-109 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-420-173**

**Effective Date of Registration:**
July 03, 2024
**Registration Decision Date:**
August 21, 2024

---

## Title

**Title of Work:** Fortnite Battle Royale Chapter 5 Season 1

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** December 03, 2023
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Epic Games, Inc.
  **Author Created:** computer program, Audiovisual material
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Blvd., Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Audiovisual material

**New material included in claim:** computer program, Audiovisual material

## Certification

**Name:** Reema Pangarkar
**Date:** July 03, 2024
**Applicant's Tracking Number:** 32220-005

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## TX 9-437-406

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
October 22, 2024

## Title

**Title of Work:** Fortnite Reload

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** June 22, 2024
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Epic Games, Inc.
**Author Created:** computer program, audiovisual material
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Blvd., Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, audiovisual material

**New material included in claim:** computer program, audiovisual material

## Certification

**Name:** Reema Pangarkar
**Date:** September 17, 2024
**Applicant's Tracking Number:** 32220-005

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Lesle*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-766-571

**Effective Date of Registration:**
January 31, 2019
**Registration Decision Date:**
August 26, 2019

## Title

**Title of Work:** Fortnite

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** December 17, 2018
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Epic Games, Inc.
  **Author Created:** Revised computer program
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Epic Games, Inc.
620 Crossroads Blvd., Cary, NC, 27518, United States

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and licensed-in material
**Previous registration and year:** TX 8-507-210, 2018
TX 8-508-464, 2017

**New material included in claim:** Revised computer program

## Certification

**Name:** Canon Pence, General Counsel, Epic Games, Inc.
**Date:** January 31, 2019
**Applicant's Tracking Number:** 35338.00089

Case 4:25-cv-00109-M    Document 1-1    Filed 06/10/25    Page 27 of 29



Fenwick & West LLP
Susanne S. Morales
801 California Street
Mountain View, CA 94041-2008 United States