# Exhibit 2

Int. Cls.: **9 and 42**

Prior U.S. Cls.: **21, 23, 26, 36, 38, 100, and 101**

Reg. No. 2,527,709

United States Patent and Trademark Office    Registered Jan. 8, 2002

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# EPIC GAMES

EPIC GAMES, INC. (MARYLAND CORPORATION)
3204 TOWER OAKS BLVD.
ROCKVILLE, MD 20852 BY CHANGE OF NAME EPIC MEGAGAMES, INC. (MARYLAND CORPORATION) ROCKVILLE, MD 20852

FOR: COMPUTER GAME SOFTWARE FOR PERSONAL COMPUTERS, HOME VIDEO GAME CONSOLES AND ARCADE BASED VIDEO GAME CONSOLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-3-1999; IN COMMERCE 2-3-1999.

FOR: COMPUTER DEVELOPMENT AND DESIGN SERVICES FOR COMPUTER GAME SOFTWARE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2-3-1999; IN COMMERCE 2-3-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GAMES", APART FROM THE MARK AS SHOWN.

SN 75-133,405, FILED 7-12-1996.

J. TINGLEY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# EPIC GAMES

**Reg. No. 5,712,420**
**Registered Apr. 02, 2019**
**Int. Cl.: 9, 25, 35, 41, 45**
**Service Mark**
**Trademark**
**Principal Register**

Epic Games, Inc. (MARYLAND CORPORATION)
620 Crossroads Boulevard
Cary, NORTH CAROLINA 27518

CLASS 9: Computer software, namely, game engine software for video game development and operation; Computer software, namely, software development tools for the creation of computer-generated imagery and graphics for the production of video games; Video game software; Computer game programs; Computer game programs and computer game software; Computer programs and computer software for interactive games; Computer game and video game discs; Downloadable computer game software for portable media players; Downloadable computer game software for wireless mobile devices; Electronic game software for wireless devices; Downloadable computer game software for network communications apparatuses; Downloadable computer game software for multi-media smart phones; Downloadable software for use in video game development, film production, television production, video production, and 3D animations, simulations, and visualizations; Virtual reality game software; Virtual reality software for creating multimedia content; Computer software, namely, software development tools for the creation of computer-generated imagery and graphics for the production of virtual reality video games; Computer software, namely, software development tools for the creation of computer-generated imagery and graphics for the production of content for virtual worlds and 3D platforms; Computer software, namely, software development tools for the creation of computer-generated imagery and graphics for the production of motion pictures, television shows, videos, 3D animations, 3D simulations, 3D visualizations, virtual reality motion pictures, and virtual reality television shows; Augmented reality game software; Augmented reality software for use in mobile devices for integrating electronic data with real world environments for the purposes of entertainment; Augmented reality software for use in mobile devices for integrating electronic data with real world environments for the purposes of entertainment; Computer software, namely, software development tools for the creation of computer-generated imagery and graphics for use in architecture, product design, and manufacturing; Downloadable software for the creation of fully immersive and interactive animations, simulations, and visualizations for use in architecture, product design, and manufacturing; Virtual reality software in the field of designing computer and video games

FIRST USE 6-11-2013; IN COMMERCE 6-11-2013

CLASS 25: T-shirts and hats

FIRST USE 9-3-2008; IN COMMERCE 9-3-2008

CLASS 35: Electronic commerce services, namely, providing on-line retail store services featuring computer software, games, and clothing

FIRST USE 3-2-2000; IN COMMERCE 3-2-2000



Director of the United States
Patent and Trademark Office

CLASS 41: Providing online virtual reality games; Organization of computer game competitions; Arranging and conducting live, interactive gaming tournaments featuring video games; Entertainment services in the nature of organizing live social entertainment events, in particular fan gatherings and conferences in the field of games, video games and e-sports; Entertainment services, namely, providing on-line computer games, tips and strategies for computer games and news concerning computer games, provided by means of the Internet; Arranging, conducting and presenting video game competitions and contests; Multimedia publishing of games; Providing online augmented reality games; Providing on-line computer, video and electronic games from a computer network

FIRST USE 3-2-2000; IN COMMERCE 3-2-2000

CLASS 45: Computer software licensing

FIRST USE 3-2-2000; IN COMMERCE 3-2-2000

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2168887, 2527709

No claim is made to the exclusive right to use the following apart from the mark as shown: "GAMES"

SER. NO. 87-842,174, FILED 03-20-2018

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.10.23 05:18:42 -04'00'

# United States of America
### United States Patent and Trademark Office

# EPIC GAMES

**Reg. No. 6,895,482**
**Registered Nov. 08, 2022**
**Int. Cl.: 35, 38, 41, 42, 45**
**Service Mark**
**Principal Register**

Epic Games, Inc. (MARYLAND CORPORATION)
620 Crossroads Boulevard
Cary, NORTH CAROLINA 27518

CLASS 35: On-line retail store services featuring game software, video games, computer games, and game programs

FIRST USE 12-6-2018; IN COMMERCE 12-6-2018

CLASS 38: Audio and video broadcasting services over the Internet in the fields of games, video games and e-sports; Video broadcasting and transmission services via the Internet, featuring games, video games and e-sports; Video broadcasting services over the Internet or other communications network featuring the uploaded, posted and tagged videos of others in the fields of games, video games and e-sports; Network services, namely, electronic delivery, transmission, and streaming of audio, visual and multimedia content featuring games, video games, and e-sports via global and local computer networks; audio, video and multimedia broadcasting of content featuring games, video games, and e-sports via global and local computer networks; Webcasting services of content featuring games, video games, and e-sports via global and local computer networks; Providing online forums and chatrooms for users to post, search, watch, share, review, rate, critique, recommend and comment on events, activities, and on audio, visual, and multimedia content related to games, video games, and e-sports, via global and local computer networks; Streaming of audio, visual and multimedia content material on the Internet via a website, namely, live-streaming audio, visual and multimedia content featuring games, video games, and e-sports; Providing on-line forums for transmission of messages among computer users in the fields of games, video games, and e-sports

FIRST USE 7-11-2018; IN COMMERCE 7-11-2018

CLASS 41: Entertainment services, namely, providing information about video games; Entertainment services, namely, providing webcasts in the fields of games, video games and e-sports

FIRST USE 4-21-2018; IN COMMERCE 4-21-2018

CLASS 42: Developing customized web pages featuring user-defined video game information; Providing customized on-line web pages and data feeds, featuring user-



*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



defined information, which includes blog posts, new media content, other on-line content, and on-line web links to other websites in the fields of games, video games, and e-sports, and which excludes social networking services

FIRST USE 3-30-2016; IN COMMERCE 3-30-2016

CLASS 45: Online social networking services in the fields of games, video games, and e-sports provided via a website

FIRST USE 9-18-2019; IN COMMERCE 9-18-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2168887, 2527709

No claim is made to the exclusive right to use the following apart from the mark as shown: "GAMES"

SER. NO. 88-210,615, FILED 11-29-2018