# Exhibit 4

| | |
|---|---|
| **From:** | Graeme Earle <graeme.earle@epicgames.com> |
| **Sent:** | Wednesday, April 24, 2024 8:47 AM |
| **To:** | copyright@youtube.com |
| **Subject:** | [WU4FK38ORDYA5G2Z91EHJ7QXTI] Resolution of Copyright Issue: Reversal Request |
| **Importance:** | High |

Dear YouTube Copyright Team,

I am writing to formally reverse my recent claim of copyright infringement. Please disregard my previous request, and let me know if you require any further information from me to complete this claim release.

https://www.youtube.com/watch?v=pAGYTFSnkDE
https://www.youtube.com/watch?v=K4ZT-IPaACY
https://www.youtube.com/watch?v=Dp21COIr9dg

We have been in contact with the content creator, and after a thorough review, we have determined that the material in question does not infringe our copyright. The video falls within the guidelines for fair use.

Thank you for your time and assistance.

With regards,

Graeme Earle
Senior IP Enforcement Analyst
Epic Games, Inc.

| | |
|---|---|
| **From:** | Graeme Earle <graeme.earle@epicgames.com> |
| **Sent:** | Wednesday, April 24, 2024 8:46 AM |
| **To:** | copyright@youtube.com |
| **Subject:** | [NPRCX526LU3JOBT1WADYZHKQVM] Correction: Copyright Infringement Claim Reversal |
| **Importance:** | High |

Dear YouTube Copyright Team,

I am writing to formally reverse my recent claim of copyright infringement. Please disregard my previous request, and let me know if you require any further information from me to complete this claim release.

https://www.youtube.com/watch?v=pAGYTFSnkDE
https://www.youtube.com/watch?v=Dp21COIr9dg
https://www.youtube.com/watch?v=K4ZT-IPaACY

We have been in contact with the content creator, and after a thorough review, we have determined that the material in question does not infringe our copyright. The video falls within the guidelines for fair use.

Thank you for your time and assistance.

Respectfully,

Graeme Earle
Senior IP Enforcement Analyst
Epic Games, Inc.

| | |
|---|---|
| **From:** | Graeme Earle <graeme.earle@epicgames.com> |
| **Sent:** | Wednesday, April 24, 2024 8:45 AM |
| **To:** | copyright@youtube.com |
| **Subject:** | [G9MDLVO0KF5AXRWBZJSU4TC6Q3] Fair Use Determination: Copyright Infringement Claim Withdrawal |
| **Importance:** | High |

Dear YouTube Copyright Team,

I am writing to formally reverse my recent claim of copyright infringement. Please disregard my previous request, and let me know if you require any further information from me to complete this claim release.

https://www.youtube.com/watch?v=K4ZT-IPaACY
https://www.youtube.com/watch?v=pAGYTFSnkDE
https://www.youtube.com/watch?v=Dp21COIr9dg

We have been in contact with the content creator, and after a thorough review, we have determined that the material in question does not infringe our copyright. The video falls within the guidelines for fair use.

Thank you for your time and assistance.

With regards,

Graeme Earle
Senior IP Enforcement Analyst
Epic Games, Inc.

| | |
|---|---|
| **From:** | Graeme Earle <graeme.earle@epicgames.com> |
| **Sent:** | Wednesday, April 24, 2024 8:45 AM |
| **To:** | copyright@youtube.com |
| **Subject:** | [I7KP1UVSAODQ6YN8BW3049HGTL] Request for Reversal of Copyright Claim |
| **Importance:** | High |

Dear YouTube Copyright Team,

I am writing to formally reverse my recent claim of copyright infringement. Please disregard my previous request, and let me know if you require any further information from me to complete this claim release.

https://www.youtube.com/watch?v=K4ZT-IPaACY
https://www.youtube.com/watch?v=Dp21COIr9dg
https://www.youtube.com/watch?v=pAGYTFSnkDE

We have been in contact with the content creator, and after a thorough review, we have determined that the material in question does not infringe our copyright. The video falls within the guidelines for fair use.

Thank you for your time and assistance.

Sincerely,

Graeme Earle
Senior IP Enforcement Analyst
Epic Games, Inc.

| | |
|---|---|
| **From:** | Graeme Earle <graeme.earle@epicgames.com> |
| **Sent:** | Wednesday, April 24, 2024 8:44 AM |
| **To:** | copyright@youtube.com |
| **Subject:** | [GLV7NYWX15AM0KOPF2B84E3CDZ] Reversal Request for Previous Copyright Infringement Claim |
| **Importance:** | High |

Dear YouTube Copyright Team,

I am writing to formally reverse my recent claim of copyright infringement. Please disregard my previous request, and let me know if you require any further information from me to complete this claim release.

https://www.youtube.com/watch?v=Dp21COIr9dg
https://www.youtube.com/watch?v=K4ZT-IPaACY
https://www.youtube.com/watch?v=pAGYTFSnkDE

We have been in contact with the content creator, and after a thorough review, we have determined that the material in question does not infringe our copyright. The video falls within the guidelines for fair use.

Thank you for your time and assistance.

Yours truly,

Graeme Earle
Senior IP Enforcement Analyst
Epic Games, Inc.

| | |
|---|---|
| **From:** | Graeme Earle <graeme.earle@epicgames.com> |
| **Sent:** | Wednesday, April 24, 2024 8:43 AM |
| **To:** | copyright@youtube.com |
| **Subject:** | [PI6X2QZ1UHJR9S74FCEDKBLMA5] Resolution of Copyright Issue: Reversal Request |

**Importance:** High

Dear YouTube Copyright Team,

I am writing to formally reverse my recent claim of copyright infringement. Please disregard my previous request, and let me know if you require any further information from me to complete this claim release.

https://www.youtube.com/watch?v=pAGYTFSnkDE
https://www.youtube.com/watch?v=K4ZT-IPaACY
https://www.youtube.com/watch?v=Dp21COIr9dg

We have been in contact with the content creator, and after a thorough review, we have determined that the material in question does not infringe our copyright. The video falls within the guidelines for fair use.

Thank you for your time and assistance.

Yours truly,

Graeme Earle
Senior IP Enforcement Analyst
Epic Games, Inc.

| | |
|---|---|
| **From:** | Graeme Earle <graeme.earle@epicgames.com> |
| **Sent:** | Tuesday, April 23, 2024 11:05 AM |
| **To:** | copyright@youtube.com |
| **Subject:** | [5SAREDY42HXB0KCZ91L6VQP73W] Request for Reversal of Copyright Claim |
| **Importance:** | High |

Dear YouTube Copyright Team,

I am writing to formally reverse my recent claim of copyright infringement. Please disregard my previous request, and let me know if you require any further information from me to complete this claim release.

https://www.youtube.com/watch?v=Dp21COIr9dg
https://www.youtube.com/watch?v=K4ZT-IPaACY
https://www.youtube.com/watch?v=pAGYTFSnkDE

We have been in contact with the content creator, and after a thorough review, we have determined that the material in question does not infringe our copyright. The video falls within the guidelines for fair use.

Thank you for your time and assistance.

Respectfully,

Graeme Earle
Senior IP Enforcement Analyst
Epic Games, Inc.

| | |
|---|---|
| **From:** | Graeme Earle <graeme.earle@epicgames.com> |
| **Sent:** | Tuesday, April 23, 2024 10:59 AM |
| **To:** | copyright@youtube.com |
| **Subject:** | [Z27VRNE8OKM9FHX5TI6GA1WQDL] Retraction of Copyright Infringement Claim |
| **Importance:** | High |

Dear YouTube Copyright Team,

I am writing to formally reverse my recent claim of copyright infringement. Please disregard my previous request, and let me know if you require any further information from me to complete this claim release.

https://www.youtube.com/watch?v=pAGYTFSnkDE
https://www.youtube.com/watch?v=K4ZT-IPaACY
https://www.youtube.com/watch?v=Dp21COIr9dg

We have been in contact with the content creator, and after a thorough review, we have determined that the material in question does not infringe our copyright. The video falls within the guidelines for fair use.

Thank you for your time and assistance.

Respectfully,

Graeme Earle
Senior IP Enforcement Analyst
Epic Games, Inc.

| | |
|---|---|
| **From:** | Graeme Earle <graeme.earle@epicgames.com> |
| **Sent:** | Tuesday, April 23, 2024 10:45 AM |
| **To:** | copyright@youtube.com |
| **Subject:** | [AMR7YL9B8PD3T4O5HVEJIXS10Q] Update: Copyright Claim Retraction |

**Importance:** High

Dear YouTube Copyright Team,

I am writing to formally reverse my recent claim of copyright infringement. Please disregard my previous request, and let me know if you require any further information from me to complete this claim release.

https://www.youtube.com/watch?v=pAGYTFSnkDE
https://www.youtube.com/watch?v=Dp21COIr9dg
https://www.youtube.com/watch?v=K4ZT-IPaACY

We have been in contact with the content creator, and after a thorough review, we have determined that the material in question does not infringe our copyright. The video falls within the guidelines for fair use.

Thank you for your time and assistance.

Yours sincerely,

Graeme Earle
Senior IP Enforcement Analyst
Epic Games, Inc.

| | |
|---|---|
| **From:** | Graeme Earle <graeme.earle@epicgames.com> |
| **Sent:** | Tuesday, April 23, 2024 9:55 AM |
| **To:** | copyright@youtube.com |
| **Subject:** | [ABSJ8PONERWUY9Q4V02K6XHM3G] Urgent Review Requested for Reported Videos |

**Importance:** High

Dear YouTube Support Team,

I'm writing to inquire about the status of several videos I reported. I have not seen any action taken, and the content is still live. Could you please provide an update on the review process?

Thank you for your time and assistance.

Best regards,

Graeme Earle
Senior IP Enforcement Analyst
Epic Games, Inc.

| | |
|---|---|
| **From:** | Graeme Earle <graeme.earle@epicgames.com> |
| **Sent:** | Tuesday, April 23, 2024 9:53 AM |
| **To:** | copyright@youtube.com |
| **Subject:** | [F812XTZ0I45UQNKDRVGHCPOJ6W] Correction: Copyright Infringement Claim Retraction |
| **Importance:** | High |

Dear YouTube Copyright Team,

I am writing to formally reverse my recent claim of copyright infringement. Please disregard my previous request, and let me know if you require any further information from me to complete this retraction.

https://www.youtube.com/watch?v=pAGYTFSnkDE
https://www.youtube.com/watch?v=K4ZT-IPaACY
https://www.youtube.com/watch?v=Dp21COIr9dg

We have been in contact with the content creator, and after a thorough review, we have determined that the material in question does not infringe our copyright. The video falls within the guidelines for fair use.

Thank you for your time and assistance.

Yours truly,

Graeme Earle
Senior IP Enforcement Analyst
Epic Games, Inc.